

# NUMBER 13-20-00290-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## EX PARTE S.H.

---

### On appeal from the 54th District Court
### of McLennan County, Texas.

---

# ORDER

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

This cause is before us on State's motion to dismiss the appeal based on mootness, as appellant has pled to the underlying case and is no longer held on pre-trial bail which is the basis for this appeal.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, the motion to dismiss is CARRIED with the case, and this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the trial court shall utilize whatever means

necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant can be located; (2) whether appellant has abandoned his appeal; and (3) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
22nd day of April, 2021.